UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

Christopher Walker,

       Plaintiff,

 -v-

Linklaters, LLP,

       Defendant.

------------------------------------------------------------------- X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

12 Civ. 432 (LTS)(AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2013

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

___ If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____

___ Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town)

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED: New York, New York
    June 11, 2013

Copies mailed/faxed to Mr. Walker
Chambers of Judge Swain  6-11-2013

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

MAGREF.WPD  VERSION 6/11/13                1