UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

CHRISTOPHER WALKER,                  :         12 Civ. 0432 (LTS)(AJP)

                        Plaintiff,     :

                                                :         RULE 7.1 DISCLOSURE STATEMENT
             v.                                   :          OF DEFENDANT LINKLATERS LLP

LINKLATERS LLP,                          :

                        Defendant.   :
-------------------------------------------------------------X

       Defendant Linklaters LLP ("Linklaters") submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

       1.  Linklaters is not a publicly-held corporation or other publicly-held entity.

       2.  Linklaters does not have any parent corporation and no public corporation owns more than 10 percent of Linklaters' stock.

Dated:  June 24, 2013
           New York, New York          FOLEY & LARDNER LLP

                                         By:  /s/ Jonathan L. Israel
                                              Jonathan L. Israel
                                              90 Park Avenue
                                              New York, New York 10016
                                              Tel:  (212) 682-7474
                                              Fax:  (212) 687-2329
                                              *jisrael@foley.com*

                                       *Attorneys for Defendant Linklaters LLP*