UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
: 
CHRISTOPHER WALKER,                              :    12 Civ. 0432 (LTS)(AJP)
:
                     Plaintiff,                  :
:
           v.                                    :    **NOTICE OF APPEARANCE**
:
:
LINKLATERS LLP,                                  :
:
                     Defendant.                  :
:
---------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Linklaters LLP in the above-captioned action.  Please adjust your records accordingly and serve copies of all future pleadings, court papers and correspondence to the address listed below:

> Sara Madavo
> FOLEY & LARDNER LLP
> 90 Park Avenue
> New York, New York  10016
> Tel: (212) 682-7474
> Fax: (212) 687-2329
> smadavo@foley.com

Dated:  June 28, 2013
       New York, New York            FOLEY & LARDNER LLP

                                         By: /s/ Sara Madavo
                                            Sara Madavo
                                            90 Park Avenue
                                            New York, New York 10016
                                            Tel:  (212) 682-7474
                                            Fax:  (212) 687-2329
                                            *smadavo@foley.com*

                                         *Attorneys for Defendant Linklaters LLP*