UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER WALKER,

               Plaintiff,

     v.

LINKLATERS LLP,

               Defendant.
------------------------------------------------------------X

12 Civ. 0432 (LTS)(AJP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              )  ss.:
COUNTY OF NEW YORK )

        Hannah C. Waite, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and her current business address is Foley & Lardner LLP, 90 Park Avenue, New York, New York, 10016.

        That on the 24th day of June, 2013, deponent caused a copy of the **Rule 7.1 Corporate Disclosure Statement** and **Answer** to be served upon:

        Christopher Walker
        361 Vermont Avenue, #C
        Irvington, NJ 07111

at the address designated by said individual for that purpose, by depositing a true copy of same, enclosed in a properly addressed postpaid wrapper, via regular United States mail under the exclusive care and custody of the United States Postal Service and via overnight Federal Express.

*Hannah C. Waite*
HANNAH C. WAITE

Sworn to before me this
1st day of July, 2013

*Laurel Sandler*
Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 14

4836-7911-6308.1