RECEIVED JUL 19 2013 PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

CHRISTOPHER WALKER,

                *Plaintiff*

LINKLATERS LLP

                *Defendant*

----------------------------------------x

12 Civ. 0432 (LTS) (AJP)

**PLAINTIFF'S MANDATORY INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26(A)(1)**

I, Christopher Walker (Plaintiff), make the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. I reserve the right to supplement these disclosures during the course of discovery and as my investigation continues as required by Rule 26(e)(1)(A) of the Federal Rules of Civil Procedure.

**(A)   Rule 26(a)(1)(A)(i) Disclosures — Identities of Individuals Likely to Have Discoverable Information**

The name and addresses, where known, of each individual who, through oral depositions, may have discoverable information that I (Plaintiff) may use to support my Claim against the Defendant.

| Name/Known Address | Subject Area(s) of Testimony |
|---|---|
| Christopher Walker<br>Pro Se Plaintiff | (i) Plaintiff's claims in the Complaint; and (ii) the circumstances concerning Plaintiff's employment with the Defendant, *e.g.*, official duties, responsibilities and work performance, unofficially assumed duties and responsibilities, and other working conditions. |

Docket #: 12 Civ. 0432 (LTS) (AJP)

| Name/Known Address | Subject Area(s) of Testimony |
|---|---|
| **Nelly Muñoz,** currently employed with Defendant<br><br>c/o Linklaters LLP, via<br>Foley & Lardner LLP | (i) Corroborate certain allegations and claims in the Complaint; and (ii) Corroborate Plaintiff's official duties, responsibilities and work performances, and unofficially assumed duties and responsibilities, and other working conditions. |
| **Audra Johnson-Davis** currently employed with Defendant<br><br>c/o Linklaters LLP, via<br>Foley & Lardner LLP | (i) Corroborate certain allegations and claims in the Complaint and other working conditions observed. |
| **Tariqah Adams** currently employed with Defendant<br><br>c/o Linklaters LLP, via<br>Foley & Lardner LLP | (i) Corroborate certain allegations and claims in the Complaint and other working conditions observed. |

**(B)   Rule 26(a)(1)(A)(ii)   Disclosures — Relevant Evidence Within Defendant's Control**

A description by category and location of all documents, electronically stored information, and tangible things in the possession, custody and control of Linklaters, that I (Plaintiff) may use to support my Claim against the Defendant.

| Location | Categories |
|---|---|
| Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105 | (i) Email correspondences regarding allegations and claims in the Complaint, *e.g.*, correspondences between Plaintiff and Helen Kitson, Plaintiff and Jonathan Lace, Plaintiff and Michael Brock; (ii) Emails pertaining to the Document Production Department's training and evaluations, including such records created and managed by Nelly Muñoz; (iii) Plaintiff's score results of Document Production Department's training and evaluations, including such records created and managed by Nelly Muñoz; (iv) Firm's policies, procedures and instructions for the Annual Composite Appraisal procedure; (v) Records of Annual Composite Appraisal contributions by appraisers elected by Plaintiff. |

(C)     Rule 26(a)(1)(A)(iii) Disclosures — Computation of Damages

As provided to opposing counsel via email correspondence on July 15, 2013 at 04:40pm, a request for a punitive award of $325,000.00, a total approximation of five years of my last noted annual salary, for the loss of past commensurate raises and bonuses and presumed future economic rewards, e.g., to be vested with the firm.

(D)     Rule 26(a)(1)(A)(iv) Disclosures — Insurance/Indemnity Agreements

Not applicable.

(E)     Rule 33 Discovery — Interrogatories to Parties

Requests for additional and specific information from the Defendant (such as exact employment start date, dates of promotions and particular rewards, and pay salaries of certain current and previous employees) will be addressed via interrogatories during the remainder of this Discovery process.

Dated: Irvington, New Jersey
       July 19, 2013

By: *Christopher Walker* (signature)
    Christopher Walker
    361 Vermont Ave., #C
    Irvington, NJ 07111
    chriswalkernj@comcast.net
    862 371 9548

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER WALKER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

LINKLATERS LLP

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12 Civ. 0432 (LTS) (AJP)

**AFFIRMATION OF SERVICE**

I, __Christopher Walker__, declare under penalty of perjury that I have
     *(name)*

served a copy of the attached __Plaintiff's Mandatory Initial Disclosures__
                                *(document you are serving)*

upon __Jonathan L. Israel__ whose address is _____
     *(name of person served)*

__Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016__
*(where you served document)*

by __email (see reverse side of this sheet for confirmation copy) and U.S. Certified Mail:__
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  __Irvington__, __NJ__
        *(town/city)*  *(state)*

        __July__  __19__, 20__13__
        *(month)*  *(day)*  *(year)*

Signature: *Christopher Walker*

__361 Vermont Ave., #C__
Address

__Irvington, NJ__
City, State

__07111__
Zip Code

__862 371 9548__
Telephone Number

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ [illegible]
Certified Fee $3.10
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ [illegible]
Postmark 07/19/2013

Sent To: J. ISRAEL
Street, Apt. No.; or PO Box No.: 90 PARK AVE
City, State, ZIP+4: NY NY

7010 2780 0001 5904 9942

From: Christopher Walker <chriswalkemj@comcast.net>
Subject: **Matter 12 Civ. 0432 (LTS)(AJP) — Disclosures**
Date: July 19, 2013 11:59:14:000 AM
To: jisrael@foley.com
• 1 Attachment, 1.4 MB

Good Day, Mr. Israel:

As per Judge Peck's order, please find attached an electronic copy of my Initial Disclosures. An original hard copy is en route to your office via Certified U.S. Mail.

Thanks!

CW

NYSD j My M....pdf (1.4 MB)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office

**SCANNED**

To: (X) The Honorable  Magistrate Judge Andrew J. Peck,

From:  S. Coretto         , Pro Se Intake Clerk, Docket Services, Ext. 1177

Date:  7/22/2013

Re:  Walker v. Linklaters LLP,   1:12-cv-00432-LTS-AJP

The attached document, which was received by this Office on 7/19/2013, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

( )   No original signature.

( )   No Affirmation of Service/ Proof of Service.

(X)   Other: Plaintiff submits Discovery Material.

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(X) ACCEPT FOR FILING          ( ) RETURN TO *PRO SE* LITIGANT

Comments:

United States District Judge
Dated:

_____
United States Magistrate Judge
Dated: 7/23/13

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York