UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER WALKER,

                    Plaintiff,

      v.

LINKLATERS LLP,

                    Defendant.
------------------------------------------------------------X

12 Civ. 0432 (LTS)(AJP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                  ) ss.:
COUNTY OF NEW YORK  )

        SARA P. MADAVO, being duly sworn, deposes and says:

1. I am over eighteen years old, am not a party to this action, and I reside in New York, New York.

2. On August 1, 2013, I caused a copy of (i) Defendant's First Set of Interrogatories; and (ii) Defendant's First Set of Document Requests to be served upon:

**Christopher Walker**
**361 Vermont Avenue, Apt. C**
**Irvington, New Jersey 07111**

at the address designated by said individual for that purpose, by depositing a true copy of same, enclosed in a properly addressed postpaid wrapper, via overnight Federal Express.

                                                      _____
                                                         SARA P. MADAVO

Sworn to before me this
6th day of August, 2013

_____
Notary Public

LAUREL SANDLER
Notary Public, State of New York
No. 4768358
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires Sept. 30, 20 14