UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CHRISTOPHER WALKER,

        Plaintiff,

        -against-

LINKLATERS LLP,

        Defendant.

------------------------------------- x

12 Civ. 0432 (LTS) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for Monday, September 30, 2013 at 11:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street). Walker is advised of rulings from the conference as shown on the attached Memorandum to Docket Clerk.

        SO ORDERED.

DATED:    New York, New York
              September 16, 2013

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies to:  Christopher Walker (mail and email)
            Sara Madavo, Esq. (ECF)
            Judge Laura Taylor Swain