UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CHRISTOPHER WALKER,

        Plaintiff,

v.

LINKLATERS LLP,

        Defendant.

-----------------------------------------------------------X

12 Civ. 0432 (LTS)(AJP)

**STIPULATION OF**
**VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher Walker and Defendant Linklaters LLP that the above-captioned action is voluntarily dismissed in its entirety against the Defendant Linklaters LLP, with prejudice and without costs to any party.

Dated: New York, New York
      September 16, 2013

CHRISTOPHER WALKER
*(signature)*
361 Vermont Avenue, #3
Irvington, NJ 07111

*Pro Se Plaintiff*

FOLEY & LARDNER LLP
*(signature)*
Jonathan L. Israel
jisrael@foley.com
Sara P. Madavo
smadavo@foley.com
90 Park Avenue
New York, NY 10016-1314
(212) 682-7474

*Attorneys for Defendant*

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE,
LAURA T. SWAIN

4816-6587-2149.1