USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER WALKER,

                Plaintiff,

      v.

LINKLATERS LLP,

                Defendant.

------------------------------------------------------------x

12 Civ. 0432 (LTS)(AJP)

STIPULATION OF
**VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher Walker and Defendant Linklaters LLP that the above-captioned action is voluntarily dismissed in its entirety against the Defendant Linklaters LLP, with prejudice and without costs to any party.

Dated: New York, New York
        September 16, 2013

CHRISTOPHER WALKER

*(signature)*
361 Vermont Avenue, #3
Irvington, NJ 07111

*Pro Se Plaintiff*

FOLEY & LARDNER LLP

*(signature)*
Jonathan L. Israel
jisrael@foley.com
Sara P. Madavo
smadavo@foley.com
90 Park Avenue
New York, NY 10016-1314
(212) 682-7474

*Attorneys for Defendant*

SO ORDERED

*(signature)* 9/19/13
UNITED STATES DISTRICT JUDGE,
~~LAURA T. SWAIN~~
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy ECF: All Counsel (party+5 (mail))

4816-6587-2149.1