Case 1:12-cv-00432-LTS Document 45 Filed 09/20/13 Page 1 of 1	Swain, L.

Case 1:12-cv-00432-LTS-AJP Document 41 Filed 09/18/13 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 0 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CHRISTOPHER WALKER,

          Plaintiff,

   v.

LINKLATERS LLP,

          Defendant.

-------------------------------------------------------x

12 Civ. 0432 (LTS)(AJP)

**STIPULATION OF
VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Christopher Walker and Defendant Linklaters LLP that the above-captioned action is voluntarily dismissed in its entirety against the Defendant Linklaters LLP, with prejudice and without costs to any party.

Dated: New York, New York
       September 16, 2013

CHRISTOPHER WALKER

*Christopher Walker*
361 Vermont Avenue, #3
Irvington, NJ 07111

*Pro Se Plaintiff*

FOLEY & LARDNER LLP

_____
Jonathan L. Israel
jisrael@foley.com
Sara P. Madavo
smadavo@foley.com
90 Park Avenue
New York, NY 10016-1314
(212) 682-7474

*Attorneys for Defendant*

SO ORDERED

_____  9/19/13
UNITED STATES DISTRICT JUDGE,
LAURA T. SWAIN

4816-6587-2149.1

Copies mailed/faxed to _Plaintiff_
Chambers of Judge Swain
          9-20-2013